PD-0490&0491-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

COURT OF APPEALS CAUSE NOS. 05-14-00212-CR and 05-14-00213-CR
TRIAL COURT CAUSE NOS. 401-81063-2011 & 401-80455-2011

| JOE POLANCO, Appellant | § | IN THE COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| vs. | § | IN AUSTIN, TEXAS |
| | § | |
| THE STATE OF TEXAS, Appellee | § | 401ST JUDICIAL DISTRICT |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Joe Polanco, Appellant, and files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. As grounds in support of this Motion, Appellant states the following:

1. The Court of Appeals for the Fifth District of Texas at Dallas issued a Memorandum Opinion on February 25, 2015.

2. The Appellant submitted to the Court a Motion for Rehearing.

3. The Motion for Rehearing was denied on March 27, 2015.

4. Appellant requests an extension of sixty (60) days to file the Petition.

5. Appellant is requesting additional time to prepare a Petition for Discretionary Review in that Appellant is continuing to make efforts to try and retain counsel to assist him through this process.

6. If an attorney is retained, the attorney will need additional time to review all documents necessary to assist him/her in preparing a Petition for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

7. Due to the weather, Appellant has fallen behind in meeting deadlines through his employment which is making it difficult for him to attempt the preparation of the Petition.

8. Appellant's grandmother has been very ill and Appellant has been informed that she is suffering from Dementia. That has been very difficult for Appellant.

9. Appellant was also involved in a matter regarding the custody of his daughter which was scheduled for trial on June 23, 2015. Appellant is now able to focus solely on this matter.

## PRAYER

Appellant prays that he be granted the relief requested in this motion and that said Court allow him a sixty (60) day extension to prepare a Petition for Discretionary Review.

Respectfully submitted,

JOE POLANCO
*pro se*
2309 Coolmist Creek
Little Elm, Texas 75069
Telephone: (972) 404-6818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Greg Willis, John R. Rolater, Jr., and Zeke Fortenberry, Collin County District Attorney, 2100 Bloomdale Road, Suite 20004, McKinney Texas 75071-8313 this 24 day of June, 2015.

JOE POLANCO
*pro se*

2